IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELIZA CHAVARRIA QUIROZ, | § § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. H-25-6142 |
| MARTIN FRINK, *et al.*, | § § § | |
| Respondents. | § § § § | |

# ORDER

On December 19, 2025, this court entered a temporary restraining order enjoining the respondents from removing Meliza Chavarria Quiroz "from the continental United States until this court rules on the merits of her petition and she has been afforded due process on a third-country removal." (Docket Entry No. 8 at 2). The respondents responded to Quiroz's petition and moved for summary judgment. (Docket Entry No. 11). Quiroz must respond to the motion for summary judgment by January 12, 2026. This court's temporary restraining order, (Docket Entry No. 8), remains in effect until it rules on Quiroz's petition and the respondents' motion.

SIGNED on January 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge